## Commonwealth *v.* Borden, Appellant.

Submitted September 8, 1969. Lee Joseph Borden, appellant, in propria persona; *Harold E. Sheely*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Borum, Appellant.

Submitted September 11, 1969. *Carmen J. Maffei*, Assistant Public Defender, and *Peter J. Webby*, Public Defender, for appellant; *Jerry B. Chariton*, Assistant District Attorney, *Charles D. Lemmond, Jr.*, First Assistant District Attorney, and *Blythe H. Evans, Jr.*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.